**No. 52433.**—H. H. Schmidt Glove Co., Inc. v. United States, protests 954232–G, etc. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

**No. 52434.**—Abercrombie & Fitch Co. v. United States, protest 136417–K (New York).

Opinion by Tilson, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 52435.**—Henry Pollak, Inc. v. United States, protests 674720–G, etc. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52436.**—Frank Allaire Co., Inc., et al. v. United States, protests 684730–G, etc. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.